# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

v.

Jason D. Malone
4105 North Brookdale
Apt. #2C3
Peoria, Illinois

(Name and Address of Defendant)

FILED
JAN 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 05-mj-6006

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 14, 2005 in Peoria county, in the Central District of Illinois defendant(s) did, (Track Statutory Language of Offense)

knowingly possess 5 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

in violation of 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

I further state that I am a(n) Task Force Officer, DEA and that this complaint is based on the following facts:

See Attached

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ John P. Couve
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 27, 2005          at     Peoria, Illinois
Date                                City and State

John A. Gorman
U.S. Magistrate Judge                s/ John Gorman
Name & Title of Judicial Officer     Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past seventeen years and is currently assigned to the Special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was recently sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois.

2. This affidavit is made in support of an application for an arrest warrant for Jason D. MALONE. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(A).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. On January 14, 2005, members of the Peoria Police S.I.D. unit conducted a search warrant at 4105 N. Brookdale, apartment #2C3, Peoria, Illinois and Jason D. MALONE, D.O.B. 08/16/1974. During investigations, we determined MALONE to be a distributor of cocaine in the Peoria area. During this investigation, enough information was gathered to prepare a complaint for search warrant and search warrant for MALONE and 4105 N. Brookdale, apartment #2C3, Peoria, Illinois. These documents were reviewed and signed by Judge B. Nemenoff.

5. The search warrant was executed on MALONE and the residence on January 14, 2005. During the search, approximately 9 grams of suspected crack cocaine was seized from the mouth of MALONE. Officer J. Wilson conducted a field test on the suspected crack cocaine using the Valtox kit and a positive reaction for the presence of cocaine was observed.

6. Inside the home, officers also found paperwork in MALONE'S name.

7. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Jason D. MALONE.

_s/ John P. Couve_
TFO John P. Couve
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

January 27, 2005

_s/ John Gorman_
United States Magistrate Judge
John A. Gorman
Peoria, Illinois

2