E-FILED
Wednesday, 16 February, 2005  02:37:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
FEB 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-10012 |
| ) | |
| JASON D. MALONE, ) | VIO: Title 21, United States Code |
| ) | Section 841(a)(1) and (b)(1)(B) |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about January 14, 2005, in Peoria County, in the Central District of Illinois, the defendant,

**JASON D. MALONE,**

did knowingly possess 5 grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A True Bill,

s/Foreperson
_____
**Foreperson**

s/K.
_____
JAN PAUL MILLER
UNITED STATES ATTORNEY
BWM:dl