E-FILED
Thursday, 17 February, 2005  10:32:57 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-10012 |
| ) | |
| JASON D. MALONE, ) | |
| ) | |
| Defendant. ) | |

### 851 NOTICE

Now comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Jason D. Malone, and his counsel, Karl Bryning, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug convictions:

    1993   Felony Possession/Cannabis    Peoria County

s/: BRADLEY W. MURPHY
**BRADLEY W. MURPHY**
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-10012 |
| ) | |
| JASON D. MALONE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 17, 2005**, I electronically filed plaintiff's

**SECTION 851 NOTICE** with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the following:

**Karl Bryning
Assistant Federal Defender**

and I hereby further certify that I have mailed, by United States Postal Service,

plaintiff's **SECTION 851 NOTICE** to the following non CM/ECF participants:

**Not Applicable**

**s/: DONALD C. LATTIG
DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov