# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **05-10012** |
| | ) |
| **Jason D. Malone** | ) |
| Defendant | ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 p.m.** on **Friday, April 15, 2005**.

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, April 25, 2005**

at

[X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 18th day of February, 2005

/S/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE