# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

UNITED STATES OF AMERICA

V.

**SUBPOENA IN A CRIMINAL CASE**

JASON D. MALONE

CASE NUMBER: 05-10012

**TO:** Training Director
Peoria Police Department
600 S. W. Adams Street
Peoria, Illinois 61602

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>April 15, 2005, at 02:00 pm. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A full copy of any general orders, training guides, or other protocols, governing or directing the use of a "Taser" device by Peoria Police Department personnel.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED.

| (BY) DEPUTY CLERK *John M. Waters* *M. Reininger* | DATE<br>March 14, 2005 |
|---|---|
| This subpoena is issued upon application of the:<br>☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender<br>Federal Public Defenders Office, 401 Main Street, Suite 1500<br>Peoria, IL 61602<br>Phone (309)671-7891  Fax (309)671-7898<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

\* If not applicable, enter "none."  To be used in lieu of AO89  FORM OBD-226