E-FILED
Thursday, 28 April, 2005 11:07:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>　　Plaintiff ) <br> ) <br> ) CASE NO. **05-10017-001**<br> ) <br>**David L. Evans** ) <br>　　Defendant ) | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:45 p.m.** on **Friday, June 10, 2005.**

　　This matter is set for Jury Trial at 9:00 A.M. on **Monday, June 27, 2005**

at

[X] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 28th day of April, 2005

　　　　　　　　　　　　　　　　　　　　Joe B. McDade
　　　　　　　　　　　　　　　　　　　　U.S. District Judge