AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| USA vs. Jason D. Malone | | DISTRICT COURT: Central District IL - Peoria |
| PLAINTIFF'S ATTORNEY: Bradley Murphy | DEFENDANT'S ATTORNEY: Karl W. Brynin[?] | DOCKET NUMBER: 05-10012 <br> TRIAL DATE(S): Suppression Hrg 4/27/05 |
| PRESIDING JUDGE: Michael M. Mihm | COURT REPORTER: K. Henna | COURTROOM DEPUTY: C. Douglas |

FILED APR 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| A | | 4/27/05 | 4/27 | 4/27 | General Order Peoria P.D. dated 9/30/04 — T. Moore |
| B | | 4/27/05 | 4/27 | 4/27 | Taser International doc. re: Taser info — T. Moore |
| C | | 4/27/05 | 4/27 | 4/27 | Efficacy + Safety of Electrical Stun Devices — T. Moore |
| D | | 4/27/05 | 4/27 | 4/27 | General Order - Peoria P.D. dated 1/26/00 — T. Moore |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages