# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JASON D. MALONE

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-10012

TO: Custodian of Records
Taser International Inc.
7860 E. McClain Dr., Suite 2
Scottsdale, Arizona 85260

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>June1 5, 2005, at 10:00 am. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A copy of the training tape from the year 2002 showing the training incident resulting in the injury to Maricopa County Deputy, Samuel Powers.
2. A copy of the training tape from April 2005 showing the training incident resulting in the injury to Clinton, Iowa, officer Ron Heeren.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY.  NO APPEARANCE IS REQUIRED BY A RECORDS CUSTODIAN.

*S/ John M. Waters*
(BY) DEPUTY CLERK

DATE
May 04, 2005

This subpoena is issued upon application of the:

☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender
Federal Public Defenders Office, 401 Main Street, Suite 1500
Peoria, IL 61602
Phone (309)671-7891  Fax (309)671-7898

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

* If not applicable, enter "none".        To be used in lieu of AO89        FORM OBD-226

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JASON D. MALONE

COPY

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 05-10012

TO: Sgt. Michael White, Taser Training Coordinator
Peoria Police Department
600 S. W. Adams Street
Peoria, Illinois 61602

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>June 15, 2005, at 10:00 am. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A full copy of all reports, manufacturers data, release forms, and/or other information given to Peoria Police Officers undergoing Taser training by the Peoria Police Department.
2. A copy of any video tapes, DVD's, or other audio-visual information shown to Peoria Police Officers during Taser Training.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED.

S/ John M. Waters
(BY) DEPUTY CLERK

DATE
May 04, 2005

This subpoena is issued upon application of the:

☐ Plaintiff   ☒ Defendant   ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender
Federal Public Defenders Office, 401 Main Street, Suite 1500
Peoria, IL 61602
Phone (309)671-7891  Fax (309)671-7898

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

* If not applicable, enter "none."        To be used in lieu of AO89        FORM OBD-226