E-FILED
Friday, 06 May, 2005 09:53:23 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

UNITED STATES OF AMERICA

V.

JASON D. MALONE

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-10012

TO: Sgt. Michael White, Taser Training Coordinator
Peoria Police Department
600 S. W. Adams Street
Peoria, IL 61602

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>June1 5, 2005, at 10:00 am. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A full copy of all reports, manufacturers data, release forms, and any other materials shown to given out to Peoria Police Officers undergoing Taser use training by the Peoria Police Department.
2. A copy of the Taser use report prepared following the use of a Taser by officer J. Wilson on 01-14-05 and memorialized in report number 05-0001298.
3. A copy of any and all Peoria Police Department Taser use reports prepared following the deployment of a Taser which resulted in any injury to the affected person.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED BY A RECORDS CUSTODIAN.

_John M. Waters_
(BY) DEPUTY CL:
_S/ M. Leininger_

DATE
May 06, 2005

This subpoena is issued upon application of the:

☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender
Federal Public Defenders Office, 401 Main Street, Suite 1500
Peoria, IL 61602
Phone (309)671-7891 Fax (309)671-7898

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

* If not applicable, enter "none".    To be used in lieu of AO89    FORM OBD-226