# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Jason D. Malone
4105 North Brookdale, Apt. #2C3
Peoria, Illinois

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-6006

**FILED**
MAY 12 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JASON D. MALONE
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

knowingly possessing 5 grams or more of a mixture or substance containing cocaine base (crack) a Schedule II controlled substance, with intent to distribute,

in violation of Title  21  United States Code, Section(s)  841(a)(1) and (b)(1)(B)

John A. Gorman                              United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

s/John A. Gorman                             January 27, 2005
Signature of Issuing Officer                 Date and Location

Bail fixed at  $ Detention Requested         by  s/John A. Gorman
                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at _____

Peoria, IL

| DATE RECEIVED  1-28-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  1-28-05 | S/A Couve - DEA | [signature] |