**United States District Court**

E-FILED
Tuesday, 24 May, 2005 01:05:46 PM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JASON D. MALONE

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 05-10012

**TO:** Captain Meyer or Custodian of Records
Clinton Police Department
116 6th Avenue South
Clinton, Iowa 52732

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>June 6, 2005, at 10:00 am. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A full copy of any and all personnel orders, memoranda, letters, release of liability, or other documents authorizing Officer Ron Heeren to attend any Taser training courses in the year 2005.
2. A full copy of any and all memoranda, letters, or any other document listing the attendees at the Taser training course where Officer Ron Heeren was injured in the year 2005.
3. A full copy of any and all tapes, DVDs, or other recording of the Taser training incident where Officer Ron Heeren was injured in the year 2005.
4. A full copy of any and all reports, letters, or other memoranda, documenting the injuries sustained by Officer Ron Heeren during Taser training in the year 2005.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED.

| s/ John M. Waters | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>s/H. Kallister | May 23, 2005 |
| This subpoena is issued upon application of the:<br>☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender<br>Federal Public Defenders Office, 401 Main Street, Suite 1500<br>Peoria, IL 61602<br>Phone (309)671-7891  Fax (309)671-7898<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

* If not applicable, enter "none."   To be used in lieu of AO89   FORM OBD-226