COPY

E-FILED
Thursday, 26 May, 2005  08:58:32 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JASON D. MALONE

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-10012

**TO:** Custodian of Records
Taser International Inc.
7860 E. McClain Dr., Suite 2
Scottsdale, Arizona 85260

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe St.<br>Peoria, IL 61602 | Hon. Michael M. Mihm |
| | **DATE AND TIME**<br>June 5, 2005, at 10:00 am. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. A copy of the independent medical examination report dated 09-14-04, prepared by Dr. Stephen Brown regarding Samuel Powers.
2. A copy of all reports of injury sustained by any police officers during Taser training.

THIS SUBPOENA IS FOR THE PRODUCTION OF RECORDS ONLY. NO APPEARANCE IS REQUIRED BY A RECORDS CUSTODIAN.

s/ John M. Waters

s/ C. Douglas
(BY) DEPUTY CLERK

DATE
May 25, 2005

| This subpoena is issued upon application of the:<br>☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney | QUESTIONS MAY BE ADDRESSED TO: Karl W. Bryning, Assistant Federal Defender<br>Federal Public Defenders Office, 401 Main Street, Suite 1500<br>Peoria, IL 61602<br>Phone (309)671-7891 Fax (309)671-7898<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |
|---|---|

* If not applicable, enter "none".     To be used in lieu of AO89     FORM OBD-226