E-FILED
Friday, 24 June, 2005  06:15:03 PM
Clerk, U.S. District Court, ILCD

IN THE EVENT EXHIBITS CANNOT BE FILED ELECTRONICALLY THEY WILL BE HAND DELIVERED TO COURT, COUNSEL, AND CLERK FOR FILING

EXHIBIT LIST

A. Peoria Police Department General Order 400.96, Page 2., Effective September 20, 2004.

B. KMOU St. Louis, Special Report on Tasers, February 14th and 15th 2005

C. Taser International User Warnings, Risks, Liability Release and Covenant Not to Sue.

D. Taser International Training Materials: Drive Stun Scarring, Version 12 11/04.

E. Case Report, *Cutaneous Current Marks Due to a Stun Gun Injury,* Journal of Forensic Sci. May 2003

F. Partial Trial Testimony of Dr. Mari I. Jumbelic in the case of *People of the State of Illinois v. Francine M. Knox*

G. Partial Trial Testimony of Dr. Mari I. Jumbelic in the case of *People of the State of Illinois v. Francine M. Knox*

H. Involuntary Manslaughter Charge in case of *People of the State of Illinois v. Francine M. Knox*

I. Chicago Tribune Front Page Story, *State to restrict stun-gun buys,* June 3, 2005

J. Arizona Republic Articles Regarding Taser International and Stun-Gun Use: Taser Safety Record Under Fire July 19, 2004; Officer's Injury Tied to TASER, December 27, 2004; Taser Doctor's Credibility Questioned January 23, 2005; Index of Arizona Republic Articles.

K. Amnesty International Report: *Excessive and lethal force? Amnesty International's concerns about deaths and ill-treatment involving police use of tasers*

L. American Civil Liberties Union Press Release: *ACLU of Massachusetts Issues Recommendations on Less Lethal Force Policies for Police*, May 10, 2005 and American Civil Liberties Union Press Release: *ACLU Urges Rhode Island Police to Shun 'Stun Guns',* September 2, 2004

M. USA Today Article: *Taser official removed as adviser on stun gun study*, May 12, 2005

N. Arizona Republic Article: *Taser tied to 'independent' study that backs stun gun*, May 21, 2005 and Amnesty International Press Statement: *Third So-Called 'Independent' TASER Study Linked to Manufacturer*, May 23, 2005

O.      Amnesty International Press Release: *Taser-Related Deaths Hit Triple-Digits as Manufacturer (TASER) Grossly Exaggerates the Number of Lives Saved By TASERs Amnesty International Documents 103 TASER-Related Deaths and Disputes Claims That TASERs Have Saved 6000 Lives*, April 1, 2005