**E-FILED**
Monday, 18 July, 2005 01:27:14 PM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 4/82) ⊕

## EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| U.S.A | | vs. Jason Malone | | DISTRICT COURT CDIL | |
| **PLAINTIFF'S ATTORNEY** B Murphy | | **DEFENDANT'S ATTORNEY** K. Bryning | | **DOCKET NUMBER** 05-10012 | |
| | | | | **TRIAL DATE(S)** 7-15-05 | |
| **PRESIDING JUDGE** MMMmhm | | **COURT REPORTER** KH | | **COURTROOM DEPUTY** C.L. | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| D | | 7/15/05 | | 7/15 | Listing of credentials/accomplaces — Dr. Ho |
| C | | 7/15/05 | | 7/15 | Policy study duty report |
| E | | 7/15/05 | | 7/15 | Review file report - Office of Police Cmplt |
| F | | 7/15/05 | | 7/15 | Madison P.D. Report |
| | | | | | |

**FILED**

JUL 1 5 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.