IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
AUG 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-10012 |
| JASON D. MALONE, | ) |
| Defendant. | ) |

### RESERVATION OF ISSUE FOR APPEAL

Now comes the United States of America by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and Jason D. Malone, by and through his attorney of record, Karl Bryning, and pursuant to Fed. R. Crim. P. 11(a)(2), do hereby enter into the following written reservation:

The defendant agrees to plead guilty to the charge in the Indictment alleging knowingly possessing 5 grams or more of a substance and mixture containing cocaine base (crack) with intent to distribute. United States District Judge Michael M. Mihm has previously denied the defendant's *Motion To Suppress Evidence*. In pleading guilty to

the Indictment, the defendant specifically reserves his right to appeal this ruling.

Dated: 8/12/05

s/Bradkey Murphy
**BRADLEY W. MURPHY**
Assistant United States Attorney

Dated: 8-12 05

s/Jason D. Malone
**JASON D. MALONE**
Defendant

Dated: 8/12/05

s/Karl Bryning
**KARL BRYNING**
Attorney for Defendant

**IT IS SO ORDERED:**

Dated: 8/12/05

s/Michael M. Mihm
**MICHAEL M. MIHM**
United States District Court Judge