E-FILED
Wednesday, 21 December, 2005  04:51:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim No. 05-10012 |
| JASON D. MALONE, | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the Defendant, JASON D. MALONE, by his attorney, KARL W. BRYNING, in this brief commentary on sentencing factors. Attached are letters of support on behalf of Mr. Malone.

The attached letters attest to Mr. Malone's efforts to prevent others from following his path. The letters go beyond relating the difficult circumstances he endured as a child, documented in the presentence report.

It is understandable that his mother, Diana Malone, would describe Mr. Malone's unstable home life, the constant ridicule he endured in school, his withdrawal, and addiction to drugs. It is not unusual for a mother to describe her son as always being there for her when she needed him and always being a good son to her despite his problems.

However, further insight into Mr. Malone's character is revealed by the letter of friend, Ms. Jennifer Anderson who describes how Mr. Malone loves his nephews as if they were his own children and how her own children value the time Jason spends with them. She also describes Mr.Malone as the kind of person that is always there for you no matter what and a very caring person.

Perhaps the most telling account of Mr. Malone's character is presented by the letter from Ms. Tishia Charlson, his sister, who describes how Mr. Malone helped raise the two year old son of a woman he was involved with for ten years and how that boy still keeps in contact withe Mr. Malone today. Further, she describes Mr. Malone's positive role in the lives of her own children and how Mr. Malone maintains a positive relationship with her two sons from a prior relationship. She describes how he writes to them from jail encouraging them not to make the bad life choices that he has made and to stay in school and away from drugs.

It is clear from these letters that Mr. Malone is a person who cares about others and now realizes the impact of the decisions he has made and the path that choice and chance have caused his life to take. Mr. Malone faces a mandatory minimum sentence of ten years based upon a prior felony cannabis conviction, at age 18, for which he received a 30 day jail sentence and no criminal history points. This was his only prior felony offense. But for the mandatory minimum sentence, his guideline range would be 57 to 71 months.

Mr. Malone respectfully requests that this Court consider the admonishment of 18 U.S.C. 3553(a) that the sentence be "sufficient but not greater than necessary" to meet the ends of justice and consider his lack of youthful guidance, disadvantaged upbringing, and attempts to help others to better their lives when passing sentence. He also respectfully requests that the Court place him in an institution where he can free himself from addiction and attain the employable skills necessary to be a productive member of society.

Respectfully submitted,

JASON D. MALONE, Defedant

                                          s/Karl W. Bryning

                                          KARL W. BRYING  
                                          Assistant Federal Public Defender  
                                          401 Main Street, Suite 1500  
                                          Peoria, Illinois 61602  
                                          Phone: 309/671-7891  
                                          Fax: 309/671-7898  
                                          E-mail: karl_bryning@fd.org

Attachments

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Bradley Murphy, One Technology Plaza, Suite 400, Peoria, IL 61602

                                          s/Karl W. Bryning

                                          KARL W. BRYING  
                                          Assistant Federal Public Defender  
                                          401 Main Street, Suite 1500  
                                          Peoria, Illinois 61602  
                                          Phone: 309/671-7891  
                                          Fax: 309/671-7898  
                                          E-mail: karl_bryning@fd.org