RECEIVED  E-FILED
Wednesday, 21 December 2005  04:52:33 PM
Clerk, U.S. District Court, ILCD
DEC 13 2005
BY:

Judge Mihm,

I am writing this on behave of Jason Malone. Jason is my son and I love and miss him very much.

Jason was 5 when his father left us. He has 1 brother and 3 sisters. He was overweight all his life. When he was little all the other kids made fun of him and called him names. He didn't have any friends but maybe 2 kids who lived close to us.

He hated school because of this. I would take him to school and he would leave through a different door and hide somewhere.

Evenually he was put in foster homes and children home for awhile. He quit school as soon as he turned 16.

His father was an alcholic and

RECEIVED DEC 13 2005

didn't really have a relationship with Jason until he was older. He worked for his father until Frank passed away.

As Jason got older he got into drinking and drugs. He lived with his girlfriend. If I needed help around the house or with my car, he was always there for me. He has always been a good son to me but he does have problems. Maybe now he can get away from the drinking and drugs and get help.

His family and I missed him a lot. I really don't know what to say in this letter. Jason has had a difficult life but I think he can change with help. Maybe this will help you understand him better.

Thank you

Diana Malone

RECEIVED
DEC 1 3 2005
BY:

Ms. Jennifer Anderson
4215 N. Prospect Road
Peoria Heights, IL. 61616

Saturday, December 11, 2005

Dear Judge Mihm,

    I am writing on behalf of Jason L. Malone. I have known Jason for approximately 2-3 years and met him thru his girlfriend Davida Vogel, who I am good friends with. I believe Jason is the kind of person who is always there for you no matter what. He's not only a very caring person, but a people person. He is very close to his family and loves his nephews as if they were his own kids. Before he went to jail he would play video games with my son and my son enjoyed that time. He is very good with kids. As far as me knowing Jason I believe in my heart he is a good guy who's made wrong decisions at times in his life, but can be a vital member to our community if given the chance. Everyone makes mistakes in life and I feel he needs help on ways to improve his life not a long prison sentence. I ask that you help Mr. Malone

and his family by imposing a fair and just sentence.

Sincerely,
Jennifer Anderson

RECEIVED
DEC 1 6 2005
BY:

12-12-05

Dear Judge Mihm,

My name is Tishia Charlson I was asked to write you a letter and tell you about my younger brother Jason Malone.

We grew up on the East Bluff a couple of houses from White School. At this time Jason was the youngest of four children. Our parents split up when Jason was only five years old. I don't know if that had anything to do with the problems that Jason had with going to school but I'm sure it didn't help matters. Jason was teased alot in school because he was very much over weight this made it very hard for him to want to go to school and learn anything. He ended up in Foster Care because my Mom could not physically make him go to school anymore. I can't remember how long he was in Foster Care but I know as soon as he was sixteen he was done with school and dropped out.

We did go to church every once in awhile with our friends. Our parents aren't religous people at all so church was not apart of our lives.

Jason was in a long relationship once from age 16 to 26. I thought they were going to get married but I guess it just didn't work for them. She had a two year old son when they got together he helped her raise him because he didn't really have too much to do with his real dad. He is 14 now and he writes Jason all the time he loves him alot. Jason does have a daughter of his own shes 4yrs old but she lives with her mom in Iowa so we really don't know her. Her moms kind of crazy so we don't have any contact with them.

Jason has only had one job and that was at our Dads pest control business. Our Dad past away two years ago this month. My Dads death was very hard on all of us but together we managed to get through it.

Jason and I have a real good relationship he has helped me alot.

I have three sons and two step daughters my two older boys are not my husbands. They were 6 and 4 when I met my husband. I was a senior in high school when I had my first child my brother Jason was 14 and he was 16 when I had my second one. Jason and the boys have always been very close. I was with their dad for 9 yrs when we split up he could care less about his children. Jason has always been there for them. There wasn't anything he wouldn't do for his nephews. He is truely the only man these boys love and I know he loves them the same. He writes them all the time telling them how important school is and how he wishes he could do it all over again because he really has made wrong choices in life and he doesn't want to see them make the same mistakes he has made. He tells them stay in school so you can get a good job and don't even think about trying to be cool and do drugs like your friends.

Jason has made some really bad decisions in his life but he's learning from his mistakes. He is a big man with a big heart. I don't think he has one enemy everybody who knows him loves him. I think the kids love him the most maybe because he's just a big kid I don't know but if your down about anything just call Jason because he's always happy and he will put a smile on anyones face. Jason is not just my brother and my boys favorate uncle but he is our friend and we love him very much.

    I hope everything works out for him and he comes back home to us soon. Thank you for your time. I hope this letter has given you an idea of who Jason Malone is.

Thank You,
Tishia Charbson