E-FILED
Tuesday, 04 April, 2006 11:16:06 AM
Clerk, U.S. District Court, ILCD



FILED
APR 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: *USA v. Jason Malone*

Case Number: *05-10012*

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number *29*), Sentencing Recommendation (document number *30*) and Statement of Reason(s) Page (document number *31*) were returned to the U.S. Probation Office on *3/31/06*.

Received by:

S/ *Douglas Heuermann* tm
U.S. Probation Office
Date: *04/03/06*