1:05-cr-10012-MMM-JAG    # 33    Page 1 of 1    **FILED**    **E-FILED**
Monday, 03 March, 2008  12:38:11 PM
Clerk, U.S. District Court, ILCD

MAR - 3 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of Court
Central District of Illinois
100 N.E. Monroe
Peoria, IL. 61602

Case: 05-10012-001

RE: REQUEST FOR APPOINTMENT OF COUNSEL

                                      Jason Malone # 13404-026
                                      Federal Correctional Inst.
                                      P.O. Box 1000
                                      Milan, MI. 48160

Dear Clerk:

    I have a Crack case and I am indigent with the need of assistance in proceeding to Court under 18 U.S.C. 3582(c), to obtain a reduction in sentence under the new Retroactive Crack Amendment. Would you please be so kind to appoint me counsel at this time.

Thank you in advance for your attention in handling these matters.

Sincerely,

*Jason Malone*
Jason Malone